Max Rosenberg, appellee, v. Fannie McComb, appellant. Gen. No. 32,261.

Opinion filed March 29, 1928. Rehearing denied and opinion modified April 9, 1928.

Francis J. Gariepy, for appellant. Leo B. Lowenthal, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

Michael Schwab, appellee, v. Lorraine Schaefer et al., on appeal of Lorraine Schaefer, appellant. Gen. No. 32,464.

Opinion filed March 29, 1928.

N. L. Quadow, for appellant; Maxfield Weisbrod, of counsel. Henry M. Hagan, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

E. A. Howard, appellant, v. H. H. Patrick and J. Drtina, appellees. Gen. No. 32,099.

Opinion filed April 3, 1928.

Nicholson, Crandall & Snyder, for appellant. John M. Lee, John F. McGrath and P. F. Murray, for appellees.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Charles Norvil, whose true name is Charles Norbutos, appellant, v. Dominick Witkus, appellee. Gen. No. 32,138.

Opinion filed April 3, 1928.

William A. Rogan, for appellant. No appearance for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.